# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Jason Michael Witman**  
Debtor(s)

Case No. **19-14990**  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **August 19, 2019**

**/s/ Jason Michael Witman**  
**Jason Michael Witman**  
Signature of Debtor