# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JASON MICHAEL WITMAN, | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No: 19-14990 |

## O R D E R

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is ***ORDERED*** and ***DECREED*** that the Debtors are ***GRANTED*** to file the required documents by September 20, 2019.

BY THE COURT:

**Date: August 26, 2019**

_____
**ASHELY M. CHAN,**
*U.S. BANKRUPTCY JUDGE*