Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-14990-PMM**

JASON MICHAEL WITMAN  
343 Chestnut Street  
Reading  PA    19611

Petition Filed Date: 08/07/2019  
341 Hearing Date: 11/05/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/15/2019 | $100.00 | | 11/13/2019 | $100.00 | | 12/12/2019 | $100.00 | |
| 01/13/2020 | $100.00 | | 02/12/2020 | $100.00 | | 03/12/2020 | $100.00 | |
| 04/13/2020 | $100.00 | | 05/12/2020 | $100.00 | | 06/12/2020 | $100.00 | |
| 07/13/2020 | $100.00 | | 08/12/2020 | $100.00 | | | | |

**Total Receipts for the Period: $1,100.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,100.00 | Current Monthly Payment: | $493.35 |
| Paid to Claims: | $0.00 | Arrearages: | $886.70 |
| Paid to Trustee: | $102.20 | Total Plan Base: | $25,667.50 |
| Funds on Hand: | $997.80 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.